IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 21-CR-30001-DWD |
| | ) | |
| KENDRICK A. FRAZIER | ) | |
| | ) | |
| Defendant. | ) | |

## GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO SUPPRESS STATEMENTS

The United States of America, by its attorneys, Steven D. Weinhoeft, United States Attorney for the Southern District of Illinois, and Ali Summers, Assistant United States Attorney, hereby files its response to Defendant Kendrick Frazier's Motion to Suppress Statements and requests that the Court deny the Defendant's motion as moot. In support therefore the undersigned states as follows:

1. Defendant Kendrick Frazier filed a motion to suppress any and all statements made following his arrest on January 20, 2021 alleging that any statements made were not voluntary and/or were obtained in violation of his Constitutional rights. (Doc. 138).

2. After Kendrick Frazier was arrested by the United States Marshals on January 20, 2021 pursuant to an arrest warrant for the charges in this case, members of the ISP Public Safety Enforcement Group attempted to interview Kendrick Frazier.

3. Prior to asking Kendrick Frazier any questions, PSEG Agent Tyson Melvin advised Kendrick Frazier of his Miranda rights.

4. After being advised of his Miranda rights, Kendrick Frazier informed the PSEG agents that he did not want to talk to them. At that point the interview was terminated. Kendrick Frazier made no post-arrest or custodial statements.

5. The attempted interview was audio and video recorded.

WHEREFORE, the Government respectfully submits that Defendant Kendrick Frazier's motion to suppress statements (Doc. 138) should be denied as moot.

Respectfully submitted,

STEVEN D. WEINHOEFT
United States Attorney

*s/ Ali Summers*
ALI SUMMERS
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL  62208
Phone:  (618) 628-3700
E-mail:  ali.summers@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,   )
                            )
            Plaintiff,      )

|  |  |  |
|---|---|---|
|  | ) |  |
| vs. | ) | CRIMINAL NO. 21-CR-30001-DWD |
|  | ) |  |
| KENDRICK A. FRAZIER | ) |  |
|  | ) |  |
| Defendant. | ) |  |

## Certificate of Service

I hereby certify that on July 9, 2021, I electronically filed:

**GOVERNMENT'S RESPONSE TO DEFENDANT'S
MOTION TO SUPPRESS STATEMENTS**

with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all attorneys of record.

                                      Respectfully submitted,

                                      STEVEN D. WEINHOEFT
                                      United States Attorney

                                      *s/  Ali Summers*
                                      ALI SUMMERS
                                      Assistant United States Attorney
                                      Nine Executive Drive
                                      Fairview Heights, IL  62208
                                      Phone:  (618) 628-3700
                                      E-mail:  ali.summers@usdoj.gov