UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 21 CR 30001-DWD |
| vs. ) | |
| ) | Hon. David W. Dugan |
| KENDRICK FRAZIER, ) | Presiding Judge |
| ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION TO SUBSITUTE ATTORNEY**

Now comes the defendant, Kendrick Frazier, and respectfully requests this Honorable Court allow Vadim A. Glozman of the Law Offices of Vadim A. Glozman to substitute as counsel in this case. In support, the following is offered:

1. Mr. Frazier is currently represented by Daniel R. Schattnik, of the law firm of Unsell Schattnik & Phillips PC, in the above captioned matter.

2. Mr. Frazier has retained Vadim A. Glozman to represent him in this matter on future proceedings. Mr. Frazier has informed Vadim A. Glozman that he is Mr. Frazier's counsel of choice.

3. As such, the undersigned respectfully requests this Honorable Court to substitute his appearance for that of Daniel R. Schattnik.

Wherefore, the defendant, Kendrick Frazier, hereby requests this Honorable Court to allow Vadim A. Glozman to substitute as counsel in this case.

Respectfully submitted,


s/ Vadim A. Glozman


Vadim A. Glozman
LAW OFFICES OF VADIM A. GLOZMAN
53 W. Jackson Blvd., Suite 1410
Chicago, IL 60604
P: (312) 726-9015

2

## **CERTIFICATE OF SERVICE**

I, Vadim A. Glozman, hereby certify that on this, the 5th day of November, 2021, I filed the above-described document on the CM-ECF system of the United States District Court for the Southern District of Illinois, which constitutes service of the same.

                                            Respectfully submitted,

                                            */s Vadim A. Glozman*

LAW OFFICES OF VADIM A. GLOZMAN
53 W. Jackson Blvd., Suite 1410
Chicago, IL 60604
(312) 726-9015