# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | No. 21 CR 30001-DWD |
| vs.   ) | |
| ) | Hon. David W. Dugan |
| KENDRICK FRAZIER,   ) | Presiding Judge |
| ) | |
| Defendant.   ) | |

## DEFENDANT'S MOTION TO CONTINUE STATUS CONFERENCE

Now comes the defendant, Kendrick Frazier, by and through his undersigned attorney, and respectfully moves this Honorable Court to continue the status conference that is currently scheduled for November 18, 2021 until the week of December 6, 2021.  In support, the following is offered:

1. The undersigned filed his appearance, motion for pro hac admission, and motion to substitute attorney on behalf of Kendrick Frazeir on November 15, 2021. Subsequently, Mr. Franzier's counsel of record moved to withdraw based on the undersigned's submissions.

2. On November 8, 2021, this Honorable Court set a status conference for November 18, 2021 at 2:00 pm to address the aforementioned motions.  R. 200.

3. The undersigned is scheduled to begin a federal jury trial in the matter of *United States v. Barfield*, Case No. 18 CR 403 (N.D. Ill.) on November 16, 2021. The government in that case indicated the expect the trial to last up to three weeks.

4. Because of this trial, the undersigned in unavailable to participate in a status conference on November 18, 2021.

5. Mr. Frazier respectfully asks this Court to continue the November 18, 2021 status conference until the week of December 6, 2021, after the undersigned's trial has ended. In an interest of erring on the side of caution, the undersigned respectfully asked that the status conference be set towards the end of that week in the even the jury trial is longer than anticipated.

Wherefore, for the reasons stated above, defendant Kendrick Frazier respectfully moves this Honorable Court to continue the currently scheduled for November 18, 2021 until the week of December 6, 2021.

Respectfully submitted,

s/ Vadim A. Glozman

Vadim A. Glozman
LAW OFFICES OF VADIM A. GLOZMAN
53 W. Jackson Blvd., Suite 1410
Chicago, IL 60604
(312) 726-9015
vg@glozmanlaw.com

## **CERTIFICATE OF SERVICE**

I, Vadim A. Glozman, hereby certify that on this, the 10th day of November, 2021, I filed the above-described document on the CM-ECF system of the United States District Court for the Southern District of Illinois, which constitutes service of the same.

Respectfully submitted,

*/s Vadim A. Glozman*

LAW OFFICES OF VADIM A. GLOZMAN
53 W. Jackson Blvd., Suite 1410
Chicago, IL 60604
(312) 726-9015