# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 21-CR-30001-DWD |
| | ) |
| KENDRICK FRAZIER, | ) |
| | ) |
| Defendant. | ) |

### RESPONSE TO MOTION TO CONTINUE STATUS CONFERENCE

Comes now Defendant Kendrick Frazier, by one of his attorneys John D. Stobbs II, and in response to Vladim Glozman's Motion to Continue November 18, 2021 Status Conference states:

1. On November 5, 2021, *prior to* attorney Glozman filed his Motion For Pro Hac Vice, this Honorable Court set this matter for a status conference November 18, 2021. At the time Mr. Glozman filed his Motion For Pro Hac Vice, he should have been aware of the November 18, 2021 Status Conference.

2. This Honorable Court has not granted attorney Glozman's request to enter his appearance Pro Hac Vice.

3. While Mr. Glozman's Motion should be granted as a formality, in light of the Motions to Withdraw filed, the undersigned and Dan Schattnik remain attorneys of record for Defendant.

4. The other 6 attorneys in this case are all available for the November 18, 2021 Status Conference.

5. There is a pending Motion to Continue filed by co-defendant Kenwyn Frazier.

6. Mr. Glozman never contacted the undersigned or Dan Schattnik regarding requesting a continuance of the November 18, 2021 Status Conference.

1

7.  Rather than trying to find another date where all 6 attorneys of record, and Mr. Glozman, have to coordinate schedules, perhaps the status conference could be reset to prior to the commencement of Mr. Glozman's trial or during the lunch break.

WHEREFORE, Defendant Kendrick Frazier requests that Mr. Glozman's request to continue the November 18, 2021 Status Conference be denied as it applies to another date, but granted if it could be conducted at a different time on November 18, 2021.

KENDRICK FRAZIER

STOBBS LAW OFFICES

BY:
/s/John D. Stobbs II
John D. Stobbs II, No. 06206358
Attorney for Defendant
307 Henry St. Suite 211
Alton, Illinois 62002
Telephone: (618)462-8484
FAX: (618)462-8585
Email: jds2@stobbslaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on November 10, 2021, a copy of the attached *Response to Motion To Continue November 18, 2021 Status Conference* was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Ms. Ali Summers<br>
Assistant U.S. Attorney<br>
Nine Executive Drive<br>
Fairview Heights, Illinois 62208

STOBBS LAW OFFICES

/s/ John D. Stobbs II
307 Henry St. Suite 211
Alton, Illinois 62002